UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 09CR3622-JM |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER CONTINUING SENTENCING HEARING** |
| ALEJANDRO ZARATE-CALDERON, | ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for February 26, 2010, be rescheduled to **Friday, March 12, 2010, at 9:00 a.m.**

**IT IS SO ORDERED.**

DATED: February 23, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge